# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN M. COOPER | : | |
| Plaintiff | : | CIVIL ACTION NO. 18-206 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

**(1)** All of the findings reached by Judge Carlson in his report and recommendation will be **ADOPTED** as findings of this court;

**(2)** The court, however, will direct judgment for the plaintiff;

**(3)** The Commissioner shall **AWARD** plaintiff with Social Security Disability Insurance Benefits; and

**(4)** The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 9, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-206-01-Order.docx